■ In the Matter of QUINCEY D., a Person Alleged to be a Juvenile Delinquent, Appellant. [775 NYS2d 132]—

Order of disposition, Family Court, Bronx County (Harold J. Lynch, J.), entered March 5, 2003, which adjudicated appellant a juvenile delinquent, upon a fact-finding determination that he committed an act which, if committed by an adult, would con-

stitute the crime of robbery in the second degree, and imposed a conditional discharge for a period of one year, unanimously affirmed, without costs.

The court's finding was based on legally sufficient evidence and was not against the weight of the evidence (*see People v Bleakley*, 69 NY2d 490 [1987]). There is no basis for disturbing the court's determinations concerning identification and credibility. Appellant's accessorial liability could be readily inferred from evidence that he was part of a large group that approached the victim in an aggressive manner and positioned themselves so as to block the victim's path while one of the participants took his property (*see e.g. Matter of Marc H.*, 284 AD2d 211 [2001]). Concur—Andrias, J.P., Williams, Friedman, Marlow and Gonzalez, JJ.